**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff   ) | |
| ) | |
| v.   ) | Civil No. 05-66-P-S |
| ) | |
| EVANS ETRONS STROMAN,   ) | |
| ) | |
| Defendant   ) | |
| ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on January 9, 2006, his Recommended Decision (Docket No. 52). Defendant filed its Objection to the Recommended Decision (Docket No. 55) on January 27, 2006. The Government filed its response to Objection (Docket No. 56) on February 13, 2006.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Amended Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. Defendant's Motion to Suppress (Docket No. 29) is DENIED.

    /s/ George Z. Singal
Chief U.S. District Judge

Dated this 14th day of February, 2006.